

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

July 25, 2023

BY EMAIL

The Honorable Valerie Figueredo
United States Magistrate Judge
Southern District of New York
United States Courthouse
40 Foley Square
New York, NY 10007

      Re:    *United States* v. *Joseph Lewis, et al.*, S1 23 Cr. 370 (___)

Dear Judge Figueredo:

      Earlier today, on July 25, 2023, your Honor signed an Order that, among other things, unsealed Indictment 23 Cr. 370. Indictment 23 Cr. 370 charges one defendant, Joseph Lewis.

      The Government now writes to respectfully request that the Court Order that, as of 8 a.m. on July 26, 2023, Indictment S1 23 Cr. 370 also be unsealed. Indictment S1 23 Cr. 370 charges Lewis and two additional defendants, Patrick O'Connor and Bryan "Marty" Waugh. All three defendants are expected to surrender to the Federal Bureau of Investigation on the morning of July 26, 2023.

                                           Respectfully submitted,

                                           DAMIAN WILLIAMS
                                           United States Attorney

                                  By: s/ Jason A. Richman
                                      Jason A. Richman / Nicolas Roos
                                      Assistant United States Attorneys
                                      (212) 637-2589

SO ORDERED:
July  26 , 2023

_____
THE HONORABLE VALERIE FIGUEREDO
UNITED STATES MAGISTRATE JUDGE