

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, New York 10007*



March 27, 2024

BY ECF

The Honorable Jessica G.L. Clarke
United States District Judge
Southern District of New York
United States Courthouse
500 Pearl Street
New York, NY 10007

    Re:    *United States* v. *Joseph Lewis*, S1 23 Cr. 370 (JGLC)

Dear Judge Clarke:

    The Government writes in advance of sentencing in the above-referenced matter, scheduled for April 4, 2024. The Government's sentencing submission is due on March 28. The Government respectfully requests that it be allowed to file its sentencing submission on or before April 1, to allow the Government adequate time to investigate and respond to certain portions of the defendant's submission.

    The defense consents to this request.

Application GRANTED. The Government's sentencing submission deadline is EXTENDED to April 1, 2024.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge
Dated: March 28, 2024
    New York, New York

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: s/ Jason A. Richman
    Jason A. Richman / Nicolas Roos
    Assistant United States Attorneys
    (212) 637-2589/2421

cc:    Defense Counsel (by ECF)