**MEMO ENDORSED**



Patrick O'Connor
227 Smith Road
Preston Hollow, NY  12469

December 10th 2025

The Honorable  Jessica G.L. Clarke
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

The Court has received Mr. O'Connor's letter dated December 10, 2025. The Government is directed to file a response by January 7, 2026.

Dated: December 17, 2025
          New York, New York

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Re: United States v. Joseph Lewis et al, 23 Cr. 370  (JGLC)

Dear Judge Clarke,

I am writing this letter asking for release from probation early. On June 25, 2024 I was sentenced to three years probation, with the first 4 months spent on home incarceration. My in house detention was completed on November 08, 2024.  During my detention on July 16, 2024, Mr. Lewis decided to terminate my employment. The only compensation I was given was to complete aircraft currency training which I attended in May 2025. It will be valid for one year. After that it will cost me approximately $95,000 to attend training to stay current.

I really appreciate the probation modification you approved on November 12, 2024. This entitled me to go to work and travel without prior authorization.  I have worked as a contract pilot through a friend's recommendation. That income has allowed me to pay my SEC fine of $45,121.07. The probation seems to be an issue with me getting more work.  I have been rejected from flying international   because of the possibility of being flagged with the probation and delay USA arrival checks.  Time is of the essence because my aircraft currency expires in May 2026. At 68 years old I am very limited with my career options. I am doing my best to keep working, get the last DOJ fine paid off, provide for my family and attend aircraft currency training in May 2026.

Thank you for your time and attention.

Happy Holidays

*Patrick O'Connor*

Patrick O'Connor